# United States District Court
## Southern District of Georgia

RICKEY E. RICHARDS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:16CV-064
5:05cr-006

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated May 9, 2019 adopting the Magistrate Judge's Report and Recommendation as the opinion of this court, the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is Dismissed without Prejudice. Petitioner is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. This case stands closed.

May 9, 2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*